# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2025-1183
_____

HENRY J. BROWN,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Jackson County.
Ana M. Garcia, Judge.


February 25, 2026

PER CURIAM.

The Court dismisses this appeal as untimely. *See* Fla. R. App. P. 9.141(b)(1) & 9.110(b).

LEWIS, ROBERTS, and NORDBY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____


Henry J. Brown, pro se, Appellant.

No appearance for Appellee.